# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## FORT MYERS DIVISION

UNITED STATES OF AMERICA

VS.                                             CASE NO: 2:12-cr-95-FtM-38

DENNIS JOSHUA WAGNER

_____

## ORDER

This matter comes before the Court on Motion for Early Termination (Doc. #12) filed on October 15, 2013.  The Court held a hearing on this motion on November 4, 2013.   Jeffrey Michelland, Assistant United States Attorney, appeared for the Government, Rob Gillespie appeared on behalf of the Probation Office.  Scott Moorey, Esq., appeared on behalf of the Defendant who was present.

The Defendant moves the Court for early termination of the probation sentence previously imposed.  As grounds, Counsel argues that the Defendant has completed one-half of the 24 month sentence and has complied with all the terms and conditions imposed by the Court.

Probation indicated the Defendant has completed community service in excess of what was imposed by the Court. The Government argued the Defendant was remorseful at sentencing and has complied with success with all the terms imposed by the Court.  The Government does not object to early termination of probation.

The Court, having heard the argument of Counsel, finds the Defendant exceeded the expectations and obligations of supervision.   Therefore, the conditions of the

Defendant's Probation have been successfully satisfied and Probation will be terminated accordingly.

It is now

**ORDERED:**

The Motion for Early Termination (Doc. 12) is **GRANTED**.

**DONE AND ORDERED** at Fort Myers, Florida, this November 4, 2013.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:
Counsel of Record